UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT M. D.,[1]<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK,[2] ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 8:24-cv-01574-MWC-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, parties' briefs, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), the Commissioner's Objections to the Report, and Plaintiff's Responses to the Commissioner's Objections. The Court has engaged in a *de novo* review of the portions of the Report to which the Commissioner has objected.

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management.

[2] Leland Dudek became the Acting Commissioner of Social Security on February 18, 2025, and is substituted as Defendant in this suit. *See* 42 U.S.C. § 405(g).

The Court accepts the Report and adopts it as its own findings and conclusions. The decision of the Administrative Law Judge is Reversed and this matter is Remanded to the Social Security Administration on an open record for further proceedings.

Dated: May 12, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

2