JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT M. D.,[1] <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK,[2] ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 8:24-cv-01574-MWC-PD <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Reversed and this matter is Remanded to the Social Security

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management.

[2] Leland Dudek became the Acting Commissioner of Social Security on February 18, 2025, and is substituted as Defendant in this suit. *See* 42 U.S.C. § 405(g).

1 | Administration on an open record for further proceedings.

Dated: May 12, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE