Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff SCOTT MICHAEL DUNHAM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MICHAEL DUNHAM, <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO <br> Commissioner of Social Security, <br><br> Defendant | CASE NO. 8:24-cv-1574 MWC-PD <br><br><br><br> ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$7,600** as authorized by 28 U.S.C. § 2412.

Dated: August 28, 2025

_____
HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE